Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _LRCiv 5.4_
(Rule Number/Section)

X FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 11 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Ismael Diaz
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Wyndham Destinations
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **CV21-01017-PHX-JZB**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)   ☐ Yes   ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Ismael Diaz
   Street Address: 10305 N 15 ave apt. 11
   City and County: Phoenix
   State and Zip Code: Arizona 85021
   Telephone Number: (602) 654-9030
   E-mail Address: ayalamatia2005@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: Wyndham Destinations Company
- Job or Title (if known):
- Street Address: 6277 Sea Harbor Dr
- City and County: Florida Orlando
- State and Zip Code: Florida
- Telephone Number: (407) 626-5200
- E-mail Address (if known): Tara.Kreutz@wyn.com

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Wyndham Destinations |
| Street Address | 6277 Sea Harbor Dr |
| City and County | Orlando |
| State and Zip Code | Florida 32821 |
| Telephone Number | |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[X]   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ]   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]   Other federal law *(specify the federal law)*:

[ ]   Relevant state law *(specify, if known)*:

[ ]   Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

*I was Fired While performing my Job duties in good Faith, No Contempt has been established against the interests of my employer.*

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race — *Ispano Latino*
- [ ] color
- [ ] gender/sex
- [ ] religion
- [x] national origin — *Cuba*
- [ ] age (year of birth) _____ (only when asserting a claim of age discrimination.)
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Page 4 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV.  **Exhaustion of Federal Administrative Remedies**

  A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

  B.  The Equal Employment Opportunity Commission *(check one)*:

   [X] has not issued a Notice of Right to Sue letter.

   [X] issued a Notice of Right to Sue letter, which I received on *(date)*  04/28/21  .

   (Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

  C.  Only litigants alleging age discrimination must answer this question.

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

   [ ] 60 days or more have elapsed.
   [ ] less than 60 days have elapsed.

V.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/11/2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Ismael

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

May 22, 2021

To whom it corresponds

My name is Ismael Diaz resident Phoenix AZ address 10305 N 15 ave apto 11 Cuban nationality.

The reason for filing a lawsuit with Wyndham Vacation for discrimination based on nationality and would return.

The Wyndham vacation did not respect my labor rights, my dignity as a human being, wrongful termination based on racial hatred.

1- While I was fulfilling my job duties in good faith, I was fired

2- I was not treated with the same rights my colleagues, for example of going to the doctor a fundamental rights they imposed warning, asking for help from my colleagues made the supervisor angry, another warning, constant harassment, the truth is very sad.

My complaints to human resources were never heard, at the level of lying to government agencies, the unemployment department compensated me

For unjustified dismissals, but not for racial discrimination.

Due to the dismissal for discrimination I literally became a dead person, without earnings, the pandemic, almost two years without a job, everything is taken away at the time, the importance of enforcing the laws should be a priority.

Mr. Judge I will never give up, I did not do it in Cuba in the United States either, I believe in justice and in truth the Freedom of man, Thank you

Fraternally: Ismael Diaz

UB-100-S (02/19)

**ARIZONA DEPARTMENT OF ECONOMIC SECURITY**
Unemployment Insurance Program
PO BOX 29225 MAIL DROP 5895
PHOENIX AZ 85038-9225

| | |
|---|---|
| Núm. de oficina local | **830** |
| Núm. de Seguro Social | **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** |
| Reclamante | **ISMAEL DIAZ** |
| Núm. del Empleador. | **6508200-000** |
| Empleador | **WYNDHAM VACATION OWNERSHIP INC** |

(520) 791-2722  Telefono para apelar
(602) 257-7063  Fax para apelar

ISMAEL DIAZ
10305 N 15TH AVE APT 11
PHOENIX AZ 85021-0814

Fecha  **08/16/2019**
Núm. del Deputado  **851**

## DETERMINACIÓN DEL DEPUTADO
### AVISO AL RECLAMANTE

Usted tiene derecho a seguro por desempleo.

Despedido del Empleo, A.R.S. 23-775.2, Relaciones con Companéros de Trabajo, A.A.C. R6-3-51390.D.

Usted fue despedido por que usted molestó a un compañero de trabajo, mientras usted cumplía de buena fe con sus deberes laborales. No se ha establecido un desacato en contra de los intereses de su empleador.

Your experience rating account will be charged.

### AVISO AL EMPLEADOR

**AVISO A TODOS INTERESADOS - DERECHOS DE APELACIÓN**
Esta determinación será inapelable salvo que cuando se presenta una apelación escrita por teléfono, por correo, por fax o en persona dentro de 15 días calendarios después de la fecha postal que aparece a la cabeza de esta determinación. Si el ultimo día labora del plazo de apelación cae en un sábado, domingo o día festiva, se extiende el plazo de apelación al siguiente día laboral. Por favor vea al reverso para mas información.

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Ismael Diaz
10305 N. 15th Ave.
Apt 11
Phoenix, AZ 85021

From: Los Angeles District Office
255 E. Temple St. 4th Floor
Los Angeles, CA 90012

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 540-2019-03946 | Jacqueline Olivas, Investigator | (213) 785-3033 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Patricia Kane**
Digitally signed by Patricia Kane
Date: 2021.04.28 12:18:24 -07'00'

Rosa M. Viramontes, FOR
District Director

4/28/21
*(Date Issued)*

Enclosures(s)

cc: Ajda Nguyen
Senior Counsel
Wyndham Destinations
Wyndham Destinations
6277 Sea Harbor Dr.
Orlando, FL 32821